1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.
11

12              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
13               SAN FRANCISCO DIVISION

14 REBECCA L. ROSSMAN, MIRIAM               )  CASE NO. 3:11-CV-04192-MEJ
   CUMMINGS, CAROLE C. KEHL, and            )
15 KAMAL SONTI, Individually and on Behalf  )
   of All Others Similarly Situated,        )  STIPULATION AND [PROPOSED]
16                                          )  ORDER TO EXTEND TIME TO
                 Plaintiffs,                )  RESPOND TO COMPLAINT
17                                          )
                 vs.                        )
18                                          )
   APPLE INC.; HACHETTE BOOK GROUP,         )
19 INC.; HARPERCOLLINS PUBLISHERS,          )
   INC.; MACMILLAN PUBLISHERS, INC.;        )
20 PENGUIN GROUP (USA) INC.; and SIMON      )
   & SCHUSTER, INC.,                        )
21                                          )
                 Defendants.                )
22

23

24

25

26

27

28

---

**1**
## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO COMPLAINT
**2**

**3**     WHEREAS, there have been multiple actions related to this case filed in both the

**4** Northern District of California and the Southern District of New York (the "Actions");

**5**     WHEREAS, the Court has entered an order in the first-filed action, *Petru, et al. v.*

**6** *Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move

**7** or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of

**8** any party to seek a further adjustment to the schedule;

**9**     WHEREAS, for efficiency and convenience of the parties, defendants Hachette

**10** Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers,

**11** Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers,

**12** Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively,

**13** "Defendants") have agreed to waive the service of summons and complaint pursuant to Fed. R.

**14** Civ. P. 4(d);

**15**     WHEREAS, the parties have agreed that the response date in this action should not

**16** come prior to the response date in the *Petru* Action;

**17**     WHEREAS, Plaintiffs agree that submission of this Stipulation should be without

**18** prejudice to any of Plaintiffs' claims or Defendants' defenses;

**19**     WHEREAS, there have been no other modifications to Defendants' time to answer,

**20** move or otherwise respond to the complaint in this action;

**21**     WHEREAS, this stipulation to extend the time within which Defendants have to

**22** answer, move or otherwise respond to the complaint in this action will not alter the date of any

**23** event or any deadline already fixed by Court order;

**24**     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

**25** between Plaintiffs and Defendants, as follows:

**26**     1.    Defendants hereby agree to accept service of the summons and complaint in

**27** the above-captioned action;

**28**

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND                    CASE NO. 3:11-CV-04192-MEJ

1    2.    Pursuant to Civil Local Rule 6-1, 6-2 and 7-12 Defendants' time to answer,

2  move or otherwise respond to the complaint is hereby extended to December 15, 2011, without

3  prejudice to the right of any party to seek a further adjustment to the response date based on future

4  developments;

5    3.    If any of the Defendants that is a party to this Stipulation responds to a

6  complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will

7  respond to the complaint in this action at the same time;

8    4.    None of Plaintiffs' claims or Defendants' defenses are prejudiced or waived

9  by the submission of this Stipulation; and

10    5.    Defense counsel may file notices of appearance in this action without

11  prejudice to their respective clients' jurisdictional or venue defenses.

12  DATED:  November 1, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

13

14

By:   /s/ Raoul D. Kennedy

15        RAOUL D. KENNEDY

16  525 University Ave., Suite 1100
    Palo Alto, California 94301

17  Telephone:  (650) 470-4500
    Facsimile:  (650) 470-4570

18

Attorneys for Specially Appearing Defendant

19  HARPERCOLLINS PUBLISHERS L.L.C.

20    I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this
    Stipulation and [Proposed] Order to Extend Time To Respond To Complaint.  In compliance with

21  General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND          CASE NO. 3:11-CV-04192-MEJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEARMAN & STERLING LLP


By:    /s/ James Donato
                    JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

        Attorneys for Specially Appearing Defendant
                HACHETTE BOOK GROUP, INC.
SIDLEY AUSTIN LLP


By:    /s/ Samuel R. Miller
                    SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

        Attorneys for Specially Appearing Defendant
                HOLTZBRINCK PUBLISHERS, LLC
                      D/B/A MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP


By:    /s/ Reginald D. Steer
                    REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9520
Facsimile:  (415) 765-9501

        Attorneys for Specially Appearing Defendant
                PENGUIN GROUP (USA) INC.

3

1   WEIL, GOTSHAL & MANGES LLP

3   By:  /s/ Gregory D. Hull
        GREGORY D. HULL

5   201 Redwood Shores Parkway
    Redwood Shores, California 94065
    Telephone:  (650) 802-3000
6   Facsimile:  (650) 802-3100

7   Attorneys for Specially Appearing Defendant
    SIMON & SCHUSTER, INC.

8   GIBSON, DUNN & CRUTCHER LLP

10  By:  /s/ Daniel S. Floyd
11       DANIEL S. FLOYD

12  333 South Grand Avenue
    Los Angeles, CA 90071-3197
13  Telephone:  (213) 229-7148
    Facsimile:  (213) 229-7520

14  Attorneys for Specially Appearing Defendant
15  APPLE INC.

16  HAGENS BERMAN SOBOL SHAPIRO LLP

18  By:  /s/ Jeff D. Friedman
         JEFF D. FRIEDMAN

19  715 Hearst Avenue, Suite 202
20  Berkeley, CA 94710
    Telephone:  (510) 725-3000
21  Facsimile:  (510) 725-3001

22  Attorneys for Plaintiffs
    REBECCA L. ROSSMAN, MIRIAM CUMMINGS,
23  CAROLE C. KEHL, and  KAMAL SONTI

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.
25  Dated: 11/2/11 , 2011

26  By:
27       Hon. Maria-Elena James
         U.S. CHIEF MAGISTRATE JUDGE

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND        CASE NO. 3:11-CV-04192-MEJ